USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 17, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVADIA CORPORATION,<br><br>            Plaintiff,<br><br>       v.<br><br>INSTYLE JEWELLERY,<br><br>            Defendant. | Civil Action No. 04-CV-9135 (RMB)<br><br>**MEMO ENDORSED** |
| OVADIA CORPORATION,<br><br>            Plaintiff,<br><br>       v.<br><br>INSTYLE JEWELLERY,<br> A corporation of India<br><br>            Defendant. | Civil Action No.: 05-CV-4971(RMB) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

04/25/2006 00:04 12122023815 MEREDITH & KEYHANI PAGE 02/02
Case 1:05-cv-04971-RMB-JCF Document 14 Filed 05/17/06 Page 2 of 2

04/25/2006 12:31 FAX 7326343511 EZRA SUTTON PA ☒003

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective attorneys, hereby stipulate and agree that the above-identified actions are hereby dismissed with prejudice, including all claims, counterclaims, and cross claims, and each party shall bear its own costs and attorneys fees.

Dated: April 25, 2006

EZRA SUTTON
Ezra Sutton, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
(732) 634-3520
Attorneys for Plaintiff

Dated: April 25th, 2006

DARIUSH KEYHANI
Meredith & Keyhani, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
(212) 760-0098
Attorneys for Defendant

**SO ORDERED:**

HONORABLE RICHARD M. BERMAN
5/17/06